BOSTON & MONTANA CONSOL. COPPER & SILVER MINING CO., Appellant, *v.* MONTANA ORE PURCHASING CO., et al., Respondents.

[No. 1,461.]

[Submitted January 18, 1900. Decided February 8, 1900.]

*Injunction—Pendente Lite—Discretion of Court.*

It is not an abuse of discretion to deny an application for an injunction *pendente lite*, where it does not appear that the grievances complained of will work irreparable injury pending the determination of the suit.

*Appeal from District Court, Silver Bow County; John Lindsay, Judge.*

ACTION by the Boston & Montana Consolidated Copper & Silver Mining Company against the Montana Ore Purchasing Company and others. From an order denying an application for an injunction *pendente lite*, plaintiff appeals. Affirmed.

*Messrs. Forbis & Evans, Mr. Ransom Cooper,* and *Mr. William H. De Witt,* for Appellant.

*Messrs. McHatton & Cotter, Messrs. Clayberg, Corbett & Lee, Mr. Chas. R. Leonard,* and *Mr. R. B. Smith,* for Respondents.

**PER CURIAM.**—We have examined the record in this case, and carefully considered all the points made by counsel. It involves the right of the plaintiffs to an injunction *pendente lite* restraining the defendants from passing to and fro through a fractional portion of the Johnstown mining claim, belonging to the plaintiff, by means of underground workings. The lower court heard the application for an injunction *pendente lite,* and denied it. Plaintiff appeals.

It does not appear that the grievances complained of will work irreparable injury to plaintiff pending the determination of the suit. There was, therefore, no clear abuse of discretion. Order affirmed. *Remittitur* forthwith.

*Affirmed.*